UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| ANDREW S. ZUCKER,<br><br>      Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A.; BAC HOME<br>LOAN SERVICING, LP; and NATIONSTAR<br>MORTGAGE, LLC,<br><br>      Defendants. | C.A. NO. 1:16-cv-10353-IT |

## LOCAL RULE 16.1 STATEMENT OF DEFENDANTS BANK OF AMERICA, N.A. AND NATIONSTAR MORTGAGE LLC

Pursuant to U.S. District Court Local Rule 16.1(B), 16.1(C) and 16.1(D)(1)(2) & (3), Defendants Bank of America, N.A., on behalf of itself and as successor by merger to BAC Home Loans Servicing, LP ("BANA")[1], and Nationstar Mortgage LLC ("Nationstar," and collectively with BANA, the "Defendants"), submit their Rule 16.1 Statement.[2]

### 16.1(D)(1) JOINT DISCOVERY PLAN

a. Initial FRCP 26(a)(1) disclosures served by July 6, 2016.

b. Discovery to be completed by November 1, 2016.

c. Plaintiff's Expert Disclosures to be Filed and Served by December 1, 2016.

d. Defendants' Expert Disclosures to be Filed and Served by January 3, 2017.

### 16.1(D)(2) PROPOSED MOTION SCHEDULE

a. All Motions including any dispositive motions shall be Filed and Served by February 3, 2017.

---

[1] Effective July 1, 2011, BAC Home Loans Servicing, LP merged with and into Bank of America, N.A.
[2] Counsel for Defendants have attempted to confer with counsel for Plaintiff on numerous occasions to no avail. As such, Defendants submit a unilateral statement in an effort to comply with Local Rule 16.1.

b. All Oppositions to any Motion, including Opposition to any Dispositive Motion shall be Filed and Served within thirty (30) days of receipt of any Motion. Notwithstanding, all Oppositions of any Motion received on February 3, 2017 shall be Filed and Served by March 23, 2017.

**16.1(D)(3) CERTIFICATION OF COUNSEL AND PARTY**

Each Defendant will file the required Certifications separately from this Joint Statement.

Dated: May 31, 2016

Respectfully submitted,

Defendants Bank of America, N.A; and Nationstar Mortgage LLC

By their attorneys,

 /s/ Randall L. Souza
Randall L. Souza, Esq. (BBO #552216)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)
rsouza@shslawfirm.com

**CERTIFICATE OF SERVICE**

I, Randall L. Souza, hereby certify that on this 31st day of May, 2016, I have caused the within Local Rule 16.1 Statement of Bank of America, N.A. and Nationstar Mortgage LLC to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Randall L. Souza
Randall L. Souza, Esq. (BBO #552216)