UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| ANDREW S. ZUCKER, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, LP; and NATIONSTAR MORTGAGE, LLC, <br><br> Defendants. | C.A. NO. 1:16-cv-10353-IT |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT NATIONSTAR MORTGAGE LLC

Pursuant to U.S. District Court Local Rule 16.1(D)(3), the undersigned hereby affirms that they have conferred with a view to establishing a budget for conducting the full course and various alternative courses of litigation. They have also conferred to consider the resolution of this matter through the use of Alternative Dispute Resolution programs.

NATIONSTAR MORTGAGE LLC

Printed Name: AJLoll
Title: Vice President

Dated: June 1, 2016

A. J, Loll, Vice President
Nationstar Mortgage LLC

Shechtman Halperin Savage, LLP

/s/ Randall L. Souza
Randall L. Souza, Esq. (BBO #552216)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)
rsouza@shslawfirm.com

## CERTIFICATE OF SERVICE

I, Randall L. Souza, hereby certify that on this 6th day of June, 2016, I have caused the above stated Local Rule 16.1(D)(3) Certification of Defendant Nationstar Mortgage LLC to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Randall L. Souza*