UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| ANDREW S. ZUCKER,<br><br>                               Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOAN SERVICING, LP; and NATIONSTAR MORTGAGE, LLC,<br><br>                             Defendants. | C.A. NO. 1:16-cv-10353-IT |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT BANK OF AMERICA, N.A.

Pursuant to U.S. District Court Local Rule 16.1(D)(3), the undersigned hereby affirms that they have conferred with a view to establishing a budget for conducting the full course and various alternative courses of litigation. They have also conferred to consider the resolution of this matter through the use of Alternative Dispute Resolution programs.

BANK OF AMERICA, N.A.
named here in its own capacity and as successor
by July 1, 2011 de jure merger
with BAC Home Loans Servicing, L.P.

*Jamie Cooper*
Printed Name: JAMIE COOPER
Title: AVP, Mortgage Servicing Team Manager
Dated: June 7th, 2016

Shechtman Halperin Savage, LLP
*/s/ Randall L. Souza*
Randall L. Souza, Esq. (BBO #552216)

1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)
rsouza@shslawfirm.com

## CERTIFICATE OF SERVICE

I, Randall L. Souza, hereby certify that on this 8th day of June, 2016, I have caused the above stated Local Rule 16.1(D)(3) Certification of Defendant Bank of America, N.A. to be filed with the Court via the ECF filing system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Randall L. Souza*